IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. LOCKHART,<br><br>    Petitioner,<br><br>  vs.<br><br>G. J. JANDA,<br><br>    Respondent. | No. C 13-00083 EJD (PR)<br><br>ORDER DISMISSING CASE |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner filed this case on January 7, 2013. However, court records indicate that Petitioner filed the exact same petition in No. C 13-00014 EJD on January 2, 2013. The Court will review the petition in the earlier case and the instant case will be dismissed as duplicative. Adams v. Cal. Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007)

    According, this action is DISMISSED. The Clerk shall terminate any pending motions.

DATED:   1/28/2013

EDWARD J. DAVILA
United States District Judge

Order Dismissing Case
0083Lockhart_dsm.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A LOCKHART, | Case Number CV 13-00083 EJD (PR) |
| Petitioner, | |
| v. | **CERTIFICATE OF SERVICE** |
| G. J. JANDA, | |
| Respondent. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/29/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Michael A. Lockhart
AF 4021
Calipatria State Prison
7018 Blair Road
PO Box 5002
Calipatria, CA 92233

DATED: _____1/29/2013_____

Richard W. Wieking, Clerk
/s/By: Elizabeth Garcia, Deputy Clerk

Order Dismissing Case
0083Lockhart_dsm.wpd                                2