IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL A. LOCKHART, | ) | No. C 13-00083 EJD (PR) |
| | ) | |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| G. J. JANDA, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

DATED:  1/28/2013

EDWARD J. DAVILA
United States District Judge

Judgment
0083Lockhart_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL A LOCKHART,

        Petitioner,

  v.

G. J. JANDA,

        Respondent.

                                       /

Case Number CV 13-00083 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____1/29/2013_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

Michael A. Lockhart
AF 4021
Calipatria State Prison
7018 Blair Road
PO Box 5002
Calipatria, CA 92233

DATED: _____1/29/2013_____

                                                      Richard W. Wieking, Clerk
                                        /s/By: Elizabeth Garcia, Deputy Clerk

Order Dismissing Case
0083Lockhart_dsm.wpd                    2